**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Chris E. WILLIAMS, also known as
Spank, Defendant–Appellant.**

**No. 14–30437
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2015.

Helina S. Dayries, Assistant U.S. Attorney, Jennifer McDaniel Kleinpeter, Esq., Assistant U.S. Attorney, U.S. Attorney's

Office, Baton Rouge, LA, for Plaintiff–Appellee.

Richard Mark Upton, Federal Public Defender's Office, Baton Rouge, LA, for Defendant–Appellant.

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Chris E. Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Williams has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Williams's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, —— U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Williams's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.